JAMES C. GALLO, JR., ESQ.
Nevada Bar No. 005959
GALLO LAW OFFICE
818 S. Casino Center Blvd.
Las Vegas, Nevada 89101
Telephone: (702) 385-3131
Facsimile: (702) 385-3130
Attorney for Defendant
DAVID BALDOBINOS

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DAVID BALDOBINOS,<br>Defendant. | CASE NO.: 2:25-CR-00289-MDC<br><br>ORDER TO CLOSE CASE |

FINDINGS OF FACT

Based on the pending stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. That Mr. David Baldobinos has completed all of his requirements.

ORDER

Based on the stipulation of Counsel for all parties and good cause appearing:

IT IS THEREFORE ORDERED that the Status Check scheduled for August 11, 2026, be vacated and the case be successfully closed out.

DATED this 10th of August, 2026.

U.S. MAGISTRATE JUDGE